**PSC VSMPO–AVISMA CORPORATION and VSMPO Tirus, U.S., Inc., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**US Magnesium LLC, Defendant–Appellee.**

No. 2012–1076.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2013.

John M. Gurley, Arent Fox LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief was Diana Dimitriuc Quaia.

Renee Gerber, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Claudia Burke, Assistant Director.

Stephen A. Jones, King & Spalding LLP, of Washington, DC, argued for defendant-appellee U.S. Magnesium LLC. With him on the brief was Jeffery B. Denning. Of counsel was Jeffrey Mark Telep.

LOURIE, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**